**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

___Cedric Thompson___
Plaintiff

vs.

___Veteran's Administration___
Defendant

Case Number ___2023 7007___

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

___Cedric Thompson___
Name of Plaintiff's Attorney

___120 Adams RD,___
Address
___Homer, LA 71040___

___682-259-1636___
Telephone

如需翻译，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시요.    ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ደውሉ

Clerk of the Court

By ___N. Hudson___
Deputy Clerk

Date ___1/16/23___

**IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._**

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4

___Rcvd OVA/DDS 12/26/23___



# Superior Court of the District of Columbia
## Civil - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
(202) 879-1133 | www.dccourts.gov

**Case Number:** 2023-CAB-007007

**Case Caption:** Cedric Thompson v. Veteran's Adminidtration et al.

## INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 02/16/2024 | 9:30 AM | Remote Courtroom 318 |

**Please see attached instructions for remote participation.**

Your case is assigned to Associate Judge Milton C Lee.

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated below, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

## To Join by Computer, Tablet, or Smartphone:

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb318

   Meeting ID: 129 801 7169

2) When you are ready, click "Join Meeting".
3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

## Or to Join by Phone:

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"

## Resources and Contact Information:

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at (202) 879-1133.

## ACCESSIBILITY AND LANGUAGE ACCESS

### Persons with Disabilities:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov . The D.C. Courts does not provide transportation service.

### Interpreting and Translation Services:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

### Servicios de interpretación y traducción:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

### የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፦

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትዕዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረገሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘረውን የጸሀፊ ቢሮ (ክለርክስ አፊስ) ያነጋግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

   Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.
- You can also find the list of legal services providers at dccourts.gov/coronavirus by clicking on the link that says, "List of Legal Service Providers for Those Without an Attorney."
- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.
- Witnesses: tell the judge if you want a witness to testify at your hearing.
- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing 

- Join the hearing a few minutes early!
- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.
- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.
- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).
- Speak slowly and clearly so everyone hears what you are saying.
- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.
- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.
- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.
- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.
- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings
## (Click here for more information) 

- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.
- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.
- Look at the camera when you speak and avoid moving around on the video.
- Wear what you would normally wear to court.
- Sit in a well-lit room with no bright lights behind you.
- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.

 

# District of Columbia Courts
# Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

The remote site locations are:



| **Remote Site - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | **Remote Site - 4**<br>Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |
|---|---|
| **Remote Site - 2**<br>Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Remote Site - 5**<br>Reeves Center<br>2000 14th Street, NW, 2nd Floor<br>Community Room<br>Washington, DC 20009 |
| **Remote Site - 3**<br>Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Remote Site - 6**<br>Reeves Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*** No walk-ins at this location*** |

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**. If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements.**

*You should bring the following items when you come to your scheduled site location*

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

*Safety and security measures are in place at the remote sites.

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email: DCCourtsRemoteSites@dcsc.gov




# Tribunales del Distrito de Columbia
## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de **lunes a viernes, de 8:30 am a 4:00 pm**.

Los centros de acceso remoto son:



| Sitio Remoto - 1 | Sitio Remoto - 4 |
|---|---|
| Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |
| **Sitio Remoto - 2** | **Sitio Remoto - 5** |
| Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | Reeves Center<br>2000 14th Street, NW, 2nd Floor<br>Community Room<br>Washington, DC 20009 |
| **Sitio Remoto - 3** | **Sitio Remoto - 6** |
| Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 | Reeves Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*No se puede entrar sin cita previa* |

Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto**. Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame al **202-879-1900** al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.
2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.
3. Materiales para tomar nota, como papel y lápiz.

\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

*FILED CIVIL DIVISION NOV 14 2023 Superior Court of the District of Columbia*

Case No. __2023-CA-007__

# COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

| | | |
|---|---|---|
| **Cedric Thompson** | vs | **Veteran's Administration** |
| PLAINTIFF | | DEFENDANT |
| 120 Adams Road | | 810 Vermont Avenue |
| Address (No Post Office Boxes) | | Address (No Post Office Boxes) |
| Homer   LA | | Washington   DC   20420 |
| City   State   Zip Code | | City   State   Zip Code |
| 682.252.1636 | | 202.273.5400 |
| Telephone Number | | Telephone Number |
| 54cedthompson@gmail.com | | |
| Email Address (optional) | | Email Address (optional) |

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

On June 19, 2017, I was awarded a VA claim. I represented myself. No attorney or representative was with me. The claim was for compensation and pension. I have never been compensated for them. Aaron Durden, an attorney that I fired on May 6, 2014, inserteed himself along with the help of Erick Winford, a paralegal for the VA, into my business with the VA and stole the claims. Durden filed a less lucrative claim in Ohio without my knowledge of it.

2. What relief are you requesting from the Court? Include any request for money damages.

I am requesting forty-nine million four-hundred nine thousand sixty-two dollars and fifty cents ($49,409,062.50) for all claims including others which I will explain on separate pages. Mr. Durden not only filed the less lucrative without my knowledge or permission, but assisted in my icarceration for two (2) years. Mr. Durden

Form CA-3074 [Rev. Nov. 2017]    1    Super. Ct. Civ. R. 3

3. State any other information, of which the Court should be aware:

sent word to my family that he would represent me for a fee of twenty-five thousand dollars ($25,000.00). If you are my lawyer, why do you need this much money for a misdemeanor. Since when is it a crime to ask for your money. After Mr, Durden and Mr, Winford got me out of the way by having me incarcerated, they settled supposably with Doris OBeng Thompso, my ex-wife, for six-hundred eleven thousand sixty-two dollars and fifty cents ($611,062.50) of whom is not entitled to anything.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

*Cedric Thompson*
SIGNATURE

NOV. 7, 2023
DATE

Subscribed and sworn to before me this  7th  day of  November  20 23 .

*Judith F. Holdman*  ID # 58435
(Notary Public/Deputy Clerk)

JUDITH F. HOLDMAN
NOTARY PUBLIC
ID # 58435
CLAIBORNE PARISH
STATE OF LOUISIANA

2

I will calculate the amount of money that I am owed from the VA because of the actions of Aaron Durden and Erick Winford on the claims approved on June 19, 2017. That amount is, two-million four-hundred forty-eight dollars ($2,448,000.00) on the claim filed by Mr. Durden in Cleveland, Ohio for compensation and pension. On the compensation, Mr. Durden or the VA owes me one-million five-hundred thousand dollars ($1,500,000.00) on compensation for the pension Mr. Durden and Mr. Winford worked in collusion on my claims for the pension. The VA owes me one-million seven-hundred dollars ($1,700,000.00) for the pension claim because it goes back thirty-four (34) years. The compensation goes back twenty-five (25) years. All claims are service connected. The total that the VA owes on claims alone without penalties and interest is five-million six-hundred forty-eight dollars ($5,648,000.00). I will add that later. There were two (2) claims filed by David G. Owens and me. The first claim was filed on March 15, 2015, in Roanoke, VA and the second claim was filed on March 19, 2015, in Philadelphia, PA. I know because I went to both cities twice while they were being processed. I know the exact day they were going to be approved. They were approved and the first payday was April 28, 2015. Mr. Owens with the assistance of the postal worker opened a second post office box in my name. The checks were going to that box according to the postal worker. During the time Mr. Owens and I were filing, he told me that, "they were service connect and the pay will start at the time of my discharge." I have additional proof of how it works that way. On the two (2) claims David G. Owens filed, each one is now two-million four-hundred forty-eight thousand dollars ($2,448,000.00). The claim in Roanoke, VA and Philadelphia, PA is worth four-million eight-hundred ninety-six thousand dollars ($4,896,000.00) for compensation only. When I add the pension, it is for both claims two-million four-hundred thirty-two thousand dollars

($2,432,000.00) for the claims filed by Mr. Owens. The VA owes me two-million four-hundred thirty-two thousand dollars (2,432,00.00). Both claims total seven-million three-hundred twenty-eight dollars ($7,328,000.00).

The claim filed on April 29, 2010, in Waco, TX, by Mrs. Ibara, who came to a VA hospital there and filed it for me. It was approved for compensation service connected. The claim was in the custody of David Owens at 1722 I St., Washington, DC, where he worked but did nothing to assist me in retrieving the funds. This compensation claim is worth two-million four-hundred forty-eight thousand dollars ($2,448,000.00). I spent four (4) months in jail in Waco, TX for asking for this claim after it was approved.

On the last claim that I am asking for is for compensation and pension also. MS. Rebecca Childress filed the claim, and it was awarded on January 5, 2018. The value of the claim was three-million three-hundred sixty-four dollars ($3,364,000.00). The claim statement was mailed to my physical address at 2015 Bunker Hill Rd. SE, Washington, DC. I lived there for most of the five (5) years while in Washington, DC. Mr. Durden and Mr. Winford devised a plan to deal with Doris Obeng Thompson, my ex-wife) and not me. They knew it would be much easier to deal with her. According to Kath Blatz and Sean O Brien, Mr. Durden and Mr. Winford awarded her six-thousand eleven-thousand sixty-two dollars ($611,062.00). I have proof of this also. I want the six-thousand eleven-hundred sixty-two dollars ($611,062.00) refunded to me and the checks that follow.

I met her four (4) years after I was discharged from the Army, and I divorced her eight (8) years before Mr. Winford and Mr. Durden awarded her the money.

As of today, I have not received any funds from her. I will add proof to this statement also. Mr. O Brien of the DC Bar stated I was a victim of a crime. Mr. O Brien along with Mrs. Blake sent me the necessary forms to get my crime victim money. I believed them when they told me that they were going to help me get the money. They lied and kept it for themselves. I also sent them proof of the approved claims that I am asking for in your court. They lied again and kept the claims for themselves. They told me to never come to their office again. They told me to send a check for one-thousand dollars ($1000.00) to get a hearing. They lied about the check and kept everything for themselves. I am sending proof of the voided check along with a copy where Mrs. Blatz wrote in her handwriting the amount that I am a crime victim of.

Your Honor, I have never needed or wanted this much money, but due to the suffering these people have put me through, I feel I have earned every penny. They wrongfully incarcerated me for at least two and one-half (2 ½) years for claims that were approved for me. While in jail, there were people dying all around me from Covid. They had no charges against me other than asking for my money that was awarded to me. They had years to pay me but chose not to do so and continued punishing me. Now I am being threatened by the VA to prove that I am not on probation, parole, or a felon. I have never been convicted of a felon. Yet, they a threatening to cut-off my VA benefits if I can not prove I am not a felon on the run. I live at my house, the same place I lived when they locked me up. I have not seen a warrant yet. They locked me up this time for two (2) years because according to the Judge and my appointed attorney, I was incompetent to stand trial for an alleged misdemeanor.

I have an Associate Degree from Tarrant County Jr. College, South Campus, Fort Worth, TX. The Army tested me, my ASVAB score was 127. I was tested again before I entered college.

My IQ was 125. I was told that I was not college material and denied all educational benefits but paid for my children's education. My 28-years old son, Trevor Thompson, MD, is currently doing his intern at Vanderbilt Hospital in Nashville, TN. Joshua Thompson, son at 19 years of age, was a Stockbroker for Ameritrade. Lauran Thompson, daughter, is a RN in Houston, TX and hold a degree in Spanish also. I have a skill as a Brick Mason, not to bad for where I come from. Your Honor, I prey we can resolve my situation with me adding Sean O Brien, Katy Blatz and Doris Obeng Thompson to the equation. I probably could have made another case out of this, but I want to resolve this. I am asking for all approved claims which equals to forty-nine million four-hundred nine thousand sixty-two dollars and fifty-cents ($49,409,062.50). I want ten million dollars ($10,000,000.00) in penalties and interest for falsely incarcerating me for two and one-half years (2 ½). All they had to do was pay me before it got out of hand. The total that I am asking for is for forty-nine million four-hundred nine thousand sixty-two dollars and fifty cents ($49,409,062.50) and the checks that follow.

Your Honor, since the evidence I presented is irrefutable, I ask that you implement a Declaratory Judgement on my behalf. This is a new case, there is nothing in my past case that I would ask of the court.

Katy Blatz and Sean O'Brien owe the same amount of money as the VA because I gave them copies of the Awarded claims. As I told the Superior Court, they stole the crime victim's money.

*Cedric Thompson* (signature)
Cedric Thompson Pro Se
Plaintiff
November 6, 2023